FILED
June 28, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STEVEN JOSEPH ROHNER, ) <br> ) <br> Defendant. ) | Case No. 2:12-CR-00234-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   STEVEN JOSEPH ROHNER  , Case No. 2:12-CR-00234-JAM  , Charges   18 USC § 2115, 18 USC § 1708, 21 USC §844(a)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

✔   Bail Posted in the Sum of $25,000.00

    ✔   Co-Signed Unsecured Appearance Bond

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)   With pre-trial supervision and conditions of release. US Marshal's are to bring defendant to the Federal Courthouse at 9:00 am on 6/29/12 to be released to the custody of Pretrial Services and defendant is directed to enter the Effort's 90 day residential treatment program.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 28, 2012</u> at <u>2:25</u> pm.

By **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge